**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michelle L. Page                                             CHAPTER 7
        Daniel C. Page
                      Debtor(s)                               BKY. NO. 21-21315 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ Brian C. Nicholas (Atty ID: 317240)
                                            Brian Nicholas
                                            04 Aug 2021, 15:14:16, EDT

                                            Brian C. Nicholas, Esq. (317240) ☑
                                            Maria D. Miksich, Esq. (319383) ☐
                                            Rebecca A. Solarz, Esq. (315936) ☐
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            bkgroup@kmllawgroup.com