## UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL C. PAGE and MICHELLE L. PAGE, | BANKRUPTCY NO. 21-21315-JAD |
| Debtors. | CHAPTER 7 |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF BELMAR GARDENS, INC., A COOPERATIVE ASSOCIATION

TO:    CLERK OF UNITED STATES BANKRUPTCY COURT

Sir or Madam:

Kindly enter my appearance on behalf of Creditor, Belmar Gardens, Inc., in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

 /s/ Lisa M. Burkhart
Lisa M. Burkhart, Esquire
Pa. I.D. #200272
Brandt, Milnes & Rea
310 Grant Street, Suite 1109
Pittsburgh, PA 15219
412-255-6500
Attorney for Creditor,
Belmar Gardens, Inc.

Dated:  October 7, 2021

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL C. PAGE and MICHELLE L. PAGE, | BANKRUPTCY NO. 21-21315-JAD |
| Debtors. | CHAPTER 7 |

## DECLARATION IN LIEU OF AFFIDAVIT REGARDING REQUEST TO BE ADDED TO MAILING MATRIX

I am the attorney for the Belmar Gardens, Inc., a Cooperative Association, a creditor in the above-captioned bankruptcy case, and I am authorized by the Creditor to make the accompanying request for Notices. I have reviewed the mailing matrix on file in this case, and I hereby certify that the request for notice is being filed herewith to ensure all future notices are forwarded to my attention and this request supersedes and cancels any prior request for notice by the within named Creditor and there are no other requests to receive notices on behalf of this Creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7th day of October, 2021.

Respectfully submitted,

/s/ Lisa M. Burkhart
Lisa M. Burkhart, Esquire
Pa. I.D. #200272
Counsel for Belmar Gardens, Inc., Creditor

Dated:  October 7, 2021