UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DANIEL C. PAGE and
MICHELLE L. PAGE,

BANKRUPTCY NO. 21-21315-JAD

Debtors.

CHAPTER 7

BELMAR GARDENS, INC.,

        Movant,

vs.

DANIEL PAGE and MICHELLE PAGE,

        Respondents.

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF BELMAR GARDENS, INC. FOR RELIEF FROM STAY

To the Respondent:

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 25, 2021 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Dellar as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A Zoom Video Conference Hearing will be held on November 12, 2021, at 11:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing

capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date Of Service:   October 8, 2021

Respectfully Submitted,

Brandt, Milnes & Rea, P.C.

___/s/ Lisa M. Burkhart, Esquire___
Lisa M. Burkhart, Esquire
Counsel for Movant,
Belmar Gardens, Inc.

Pa. I.D. No. 200272

310 Grant Street, Suite 1109
Pittsburgh, PA 15219
(412) 255-6500