Brandt, Milnes & Rea, P.C.
310 Grant Street, Suite 1109
Pittsburgh, PA 15219
(412) 255-6500
Lisa M. Burkhart, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DANIEL C. PAGE and                    BANKRUPTCY NO. 21-21315-JAD
MICHELLE L. PAGE,

        Debtors.                                                    CHAPTER 7

BELMAR GARDENS, INC.,

        Movant,
vs.

DANIEL PAGE and MICHELLE
PAGE,

        Respondents.

**CERTIFICATE OF SERVICE**

      I, Lisa M. Burkhart, Esquire, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Motion for Relief from Stay, Proposed Order and Notice of Hearing with Response Deadline and served a copy of same upon the following on October 8, 2021.

Service:    Regular, first-class United States mail, postage pre-paid, and electronic mail addressed to:

| | |
|---|---|
| Kenneth Steidl, Esquire<br>Steidl & Steinberg<br>28th Floor, Gulf Towers<br>Pittsburgh, PA 15219<br>Ken.teidl@steidl-steinberg.com | Natalie Lutz Cardiello, Esquire, (Trustee)<br>107 Huron Drive<br>Carnegie, PA 15106<br>ncardiello@cardiello-law.com |
| Office of the United States Trustee<br>Ustpregion03.pa.ecf@usdoj.gov | Daniel and Michelle Page, Debtors<br>321 Pheasant Drive<br>Pittsburgh, PA 15235 |

                                ___/s/ Lisa M. Burkhart, Esquire___
                                Lisa M. Burkhart, Esquire
                                Pa. I.D. No. 200272