Brandt, Milnes & Rea, P.C.
310 Grant Street, Suite 1109
Pittsburgh, PA 15219
(412) 255-6500
Lisa M. Burkhart, Esquire

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL C. PAGE and MICHELLE L. PAGE, | BANKRUPTCY NO. 21-21315-JAD |
| Debtors. | CHAPTER 7 |
| BELMAR GARDENS, INC., | Related To Dkt. No. 42 |
| Movant, vs. | |
| DANIEL PAGE and MICHELLE PAGE, | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I, Lisa M. Burkhart, Esquire, certify that I am not less than eighteen (18) years of age; that I served a true and correct copy of the Order of Court dated November 9, 2021 granting Movant's Request for Relief from Stay upon the following on November 9, 2021.

Service:    Regular, first-class United States mail, postage pre-paid, and electronic mail addressed to:

Kenneth Steidl, Esquire
Steidl & Steinberg
28th Floor, Gulf Towers
Pittsburgh, PA 15219
Ken.teidl@steidl-steinberg.com

Office of the United States Trustee
Ustpregion03.pa.ecf@usdoj.gov

Natalie Lutz Cardiello, Esquire, (Trustee)
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com

Daniel and Michelle Page, Debtors
321 Pheasant Drive
Pittsburgh, PA 15235

    /s/ Lisa M. Burkhart, Esquire
Lisa M. Burkhart, Esquire
Pa. I.D. No. 200272