**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel C. Page** | Social Security number or ITIN | **xxx–xx–7458** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michelle L. Page** | Social Security number or ITIN | **xxx–xx–6726** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **21–21315–JAD**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel C. Page

Michelle L. Page

11/10/21

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21315-JAD
Daniel C. Page Chapter 7
Michelle L. Page
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: bsil Page 1 of 4
Date Rcvd: Nov 10, 2021 Form ID: 318 Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel C. Page, Michelle L. Page, 321 Pheasant Drive, Pittsburgh, PA 15235-3163 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15381687 | + | Belmar Gardens, c/o The Rubinoff Company, 925 Liberty Avenue, 8th Floor, Pittsburgh, PA 15222-3730 |
| 15381691 | | City & School District of Pittsburgh, Treasurer, City of Pittsburgh, Real Estate Tax Division, PO Box 747017, Pittsburgh, PA 15274-7017 |
| 15381695 | | County of Allegheny, Allegheny County Treasurer, 1st Floor Courthouse, Grant Street, Pittsburgh, PA 15219 |
| 15381698 | | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15381702 | + | Fred C. Jug, Jr., 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| 15381703 | + | Goehring Rutter & Boehm, Attorneys at Law, 437 Grant Street, Suite 1424, Pittsburgh, PA 15219-6101 |
| 15381706 | | Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15381708 | + | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15381707 | + | Loancare, Cit Bank,, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15381711 | | OneMain Financial, 400 Penn Center Blvd., Suite 410, Pittsburgh, PA 15235-5603 |
| 15381718 | + | PWSA, 441 Smithfield Street, Third Floor, Pittsburgh, PA 15222-2216 |
| 15381715 | + | Peoples Gas, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15381712 | | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15381714 | | Peoples Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15381716 | + | Pittsburgh Theological Seminary, 616 North Highland Avenue, Pittsburgh, PA 15206-2596 |
| 15381717 | + | Pittsburgh Water & Sewer Authority, 1200 Penn Avenue, Penn Liberty Plaza I, Pittsburgh, PA 15222-4216 |
| 15381722 | + | Shaw University, 118 E. South Street, Raleigh, NC 27601-2399 |
| 15381741 | + | U.S. Dept of Education, 3130 Fairview Park Drive, Falls Church, VA 22042-4529 |
| 15381743 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15381744 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15381745 | | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Nov 11 2021 04:38:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Nov 11 2021 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 11 2021 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| | | | |
|---|---|---|---|
| | | | 17128-0946 |
| cr | + EDI: AISACG.COM | Nov 11 2021 04:38:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Nov 10 2021 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + EDI: RECOVERYCORP.COM | Nov 11 2021 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15381686 | + EDI: GMACFS.COM | Nov 11 2021 04:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15381685 | + EDI: GMACFS.COM | Nov 11 2021 04:38:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15381688 | + EDI: MID8.COM | Nov 11 2021 04:38:00 | Capital One, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15381689 | EDI: CAPITALONE.COM | Nov 11 2021 04:38:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15381690 | EDI: CAPITALONE.COM | Nov 11 2021 04:38:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15381692 | EDI: WFNNB.COM | Nov 11 2021 04:38:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15381693 | + EDI: WFNNB.COM | Nov 11 2021 04:38:00 | ComenityBank/Dental First, Po Box 182120, Columbus, OH 43218-2120 |
| 15381694 | + EDI: WFNNB.COM | Nov 11 2021 04:38:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 15381696 | + Email/Text: bdsupport@creditmanagementcompany.com | Nov 10 2021 23:40:00 | Credit Managment Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15381697 | EDI: WFNNB.COM | Nov 11 2021 04:38:00 | Dental First, PO Box 659622, San Antonio, TX 78265-9622 |
| 15381699 | + Email/Text: kburkley@bernsteinlaw.com | Nov 10 2021 23:40:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15381700 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 10 2021 23:40:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15381701 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 10 2021 23:40:00 | Fortiva / TBOM, Pob 105555, Atlanta, GA 30348-5555 |
| 15381704 | + EDI: MID8.COM | Nov 11 2021 04:38:00 | JCPenney / SYNCB, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15381705 | EDI: RMSC.COM | Nov 11 2021 04:38:00 | JCPenney / Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 15381710 | + EDI: AGFINANCE.COM | Nov 11 2021 04:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15381709 | + EDI: AGFINANCE.COM | Nov 11 2021 04:38:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15381719 | + Email/Text: BankruptcyMail@questdiagnostics.com | Nov 10 2021 23:40:00 | Quest Diagnostics, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 15381721 | + EDI: DRIV.COM | Nov 11 2021 04:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15381720 | + EDI: DRIV.COM | Nov 11 2021 04:38:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15381984 | + EDI: RMSC.COM | | |

| | | | |
|---|---|---|---|
| | | Nov 11 2021 04:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15381723 | + EDI: ECMC.COM | Nov 11 2021 04:38:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381732 | + EDI: ECMC.COM | Nov 11 2021 04:38:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381742 | + Email/Text: BankruptcyNotice@upmc.edu | Nov 10 2021 23:40:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Belmar Gardens, Inc., c/o The Rubinoff Company, 925 Liberty Avenue, 8th Floor, Pittsburgh, PA 15222-3730 |
| 15381713 | * | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15381724 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381725 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381726 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381727 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381728 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381729 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381730 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381731 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15381733 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381734 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381735 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381736 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381737 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381738 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381739 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15381740 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |

Daniel Philip Jones
on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Kenneth Steidl
on behalf of Joint Debtor Michelle L. Page julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Daniel C. Page julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lisa M. Burkhart
on behalf of Creditor Belmar Gardens Inc. lburkhart@bmr-law.com, fjug@bmr-law.com

Maria Miksich
on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Natalie Lutz Cardiello
ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10